UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUNZIO DONATO CIARAULO,<br>Plaintiff,<br>v.<br>ACCREDITED SURETY AND CASUALTY COMPANY, INC. ET AL,<br>Defendants. | Case No. 2:26-cv-01291-JLS-MBK<br>**JUDGMENT** |

The Court has granted Defendants' Motion to Dismiss (Doc. 44) and denied Plaintiff's Motion for Reconsideration (Doc. 50). Thus, it is HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered dismissing this action without prejudice and without leave to amend pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

DATED: September 02, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE